## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. CHERYL TAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 20-cv-00427 |
| ) | JURY TRIAL DEMANDED |
| DR. RAY L. BELTON, PRESIDENT, ) | |
| SOUTHERN UNIVERSITY & ) | |
| AGRICULTURAL & MECHANICAL ) | |
| COLLEGE; BOARD OF SUPERVISORS OF ) | District Judge John W. deGravelles |
| SOUTHERN UNIVERSITY & ) | |
| AGRICULTURAL & MECHANICAL ) | Magistrate Judge Scott D. Johnson |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Considering the foregoing Joint Motion to Dismiss, and for the reasons stated therein;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's case against Defendants, Dr. Ray L. Belton and the Board of Supervisors of Southern University & Agricultural & Mechanical College, be and is hereby DISMISSED, with prejudice, with each party to bear its/her/his own costs.

Baton Rouge, Louisiana, this  2nd  day of  November , 2020.

_____
**UNITED STATES DISTRICT JUDGE**